**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6123**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TREZITH RASHAD SMART,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  David J. Novak, District Judge.  (4:18-cr-00095-DJN-LRL-1)

_____

Submitted:  August 21, 2025              Decided:  August 26, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Trezith Rashad Smart, Appellant Pro Se.  Devon Elise Alston Heath, Assistant United States Attorney, Newport News, Virginia, Julie Podlesni, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trezith Rashad Smart appeals the district court's order denying his motion for a new trial. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Smart*, No. 4:18-cr-00095-DJN-LRL-1 (E.D. Va. Jan. 21, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*